ORIGINAL

FILED
JUN 6 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**HORN & ASSOCIATES, INC.**

v.

**THE UNITED STATES**

No. 08-415 C

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to the Rules of The United States Court of Federal Claims, RCFC 7.1(a), Disclosure Statement, **Horn & Associates, Inc.** who is Plaintiff, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   ( ) Yes ( x ) No

2. Does the party have any parent corporations?

   ( ) Yes ( x ) No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations: ____________________

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   ( ) Yes ( x ) No

   If yes, identify all such owners: ____________________

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

( ) Yes ( x ) No

If yes, identify entity and nature of interest: ________________________________

Respectfully submitted this the 5th day of June, 2008.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: ______________________________

William H. Gammon
NC Bar No. 5618
E-Mail: bill.gammon@nelsonmullins.com
Kelli Goss Hopkins
NC Bar No. 36824
E-Mail: kelli.hopkins@nelsonmullins.com
4140 Parklake Avenue / GlenLake One
Second Floor
Post Office Box 30519 (27622-0519)
Raleigh, NC 27612
Tel: (919) 877-3809
Fax: (919) 877-3142

Attorneys for HORN & ASSOCIATES, INC.