# In the United States Court of Federal Claims

**No. 08-415 C**
**(Filed: June 6, 2008)**

**HORN & ASSOCIATES, INC.**

**V.**

**THE UNITED STATES**

**NOTICE OF ASSIGNMENT TO:**
**ADR Christine O.C. Miller**

As provided for in the provision of the Court's ADR Automatic Referral Program, effective June 21, 2007, this case has been assigned to the above Judge for the conduct of proceedings in accordance with the Notice of ADR Automatic Referral Program.

Information about this program is available at the court's website -www.uscfc.uscourts.gov.

s/ John S. Buckley
John S. Buckley, Acting Clerk of Court