IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HORN & ASSOCIATES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-415C |
| THE UNITED STATES, | ) | (Chief Judge Damich) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 45 days, to and including September 19, 2008, within which to file our response to the complaint. Our answer is due on August 4, 2008. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff, Horn & Associates, Inc. ("Horn") has authorized us to state that Horn does not oppose this motion.

Counsel for the United States has not yet received a litigation report or draft answer. Indeed, agency counsel was required to be on detail in Houston during late June and early July, and became ill and away from the office in late July. Moreover, very substantial efforts will be required to respond to the complaint. The complaint contains more than 150 paragraphs, and the contract involved activities at numerous locations. The volume of documents involved in the case is expected to be very large.

Although it will not be possible to respond to the complaint immediately, counsel for the United States and counsel for Horn

have already discussed ways to expedite these proceedings. We plan to cooperate in discovery efforts, and have already begun to explore efforts to streamline what is expected to be a large and burdensome exchange of documents. A meeting regarding these matters and other issues is planned for a day shortly after the response to the complaint is filed.

The full enlargement of time requested is needed. Time is needed to gather information to respond to the more than 150 paragraphs in the complaint, including information from various offices around the country. In addition, time is needed for the drafting of a response to the complaint, and for review of the draft response by agency counsel and by supervisors at the Department of Justice.

For the reasons set forth above, we respectfully request that the Court grant our unopposed motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W.
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

August 4, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on August 4, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier