IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HORN & ASSOCIATES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-415C |
| | ) | |
| THE UNITED STATES, | ) | (Chief Judge Damich) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 31 days, to and including October 20, 2008, within which to file our response to the complaint. Our response is due on September 19, 2008. This is our second request for an enlargement of time for this purpose, the Court having granted an enlargement of 45 days. Counsel for plaintiff, Horn & Associates, Inc. ("Horn") has authorized us to state that Horn does not oppose this motion, but that Horn does not intend to consent to any further enlargements.

Counsel for the United States has very recently received a draft response from agency counsel, but substantial research will be required before a draft response can be completed. The complaint is very large (156 paragraphs) and many facts must be double-checked. In addition, research concerning possible affirmative defenses has been begun, and must be completed.

The full enlargement of time requested is needed. Time is needed to gather further information to respond to the more than 150 paragraphs in the complaint. In addition, time is needed for

the drafting of a response to the complaint, and for review of the draft response by agency counsel and by supervisors at the Department of Justice.

For the reasons set forth above, we respectfully request that the Court grant our unopposed motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W.
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

September 16, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on September 16, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier