# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * *   *
HORN & ASSOCIATES, INC.,      *
                              *
            Plaintiff,        *
      v.                      *      No. 08-415C
                              *      Filed: March 19, 2018
UNITED STATES,                *
                              *
            Defendant.        *
                              *
* * * * * * * * * * * * * *   *
```

### O R D E R

The court is in receipt of the parties' joint stipulation of dismissal with prejudice of the above-captioned case. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2017), this court **ORDERS** that this case be **DISMISSED** with prejudice, with each party to bear its own costs and fees.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**